IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br>vs.<br><br>RICHARD D. TOBEY,<br><br>     Defendant. | Citation Number: 7393108, M12<br><br>ORDER TO REDUCE THE AMOUNT<br>FOR FINES ASSESSED |

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that the above motion to reduce the amount of the fines assessed to $40 including processing fees. The Initial Appearance set for December 5, 2019 is VACATED.

DONE AND DATED this 26th day of November, 2019.

_____
John Johnston
United States Magistrate Judge